IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GENERAL MAJORITY PAC, a Washington, D.C., not for profit corporation, <br><br> *Plaintiff*, <br><br> v. <br><br> CAROL AICHELE, in her official capacity as Pennsylvania Secretary of State; KATHLEEN KANE, in her official capacity as Pennsylvania Attorney General; JONATHAN M. MARKS, in his official capacity as Commissioner of Pennsylvania's Bureau of Commissions, Elections and Legislation; IAN HARLOW, in his official capacity as Deputy Commissioner of Pennsylvania's Bureau of Commissions, Elections and Legislation; and TRISHA MALEHORN, in her official capacity as Chief of the Division of Campaign Finance and Lobbying Disclosure of Pennsylvania's Bureau of Commissions, Elections and Legislation, <br><br> *Defendants*. | Civil Action No. _____ |

**PLAINTIFF GENERAL MAJORITY PAC'S MOTION FOR
PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65, Plaintiff General Majority PAC ("GMP") hereby moves the Court for entry of an order preliminarily enjoining Defendants from implementing, enforcing or giving any effect to Title

1

25, Section 3252(a) of the Pennsylvania Election Code's prohibition on contributions to political committees by corporations, unincorporated associations, or unions, as applied to political committees, like GMP, that make only independent expenditures and do not make contributions to, or coordinated expenditures with, candidates or party committees, as those terms are defined under Pennsylvania law.

As set forth in the accompanying brief in support, GMP has demonstrated that it is likely to succeed on the merits, it will suffer irreparable harm if the requested injunction is not granted, Defendants will not suffer harm if the requested relief is granted, and the public interest favors injunctive relief.

In accordance with Local Rule 5.1(g), GMP submits a proposed order for the Court's consideration together with this motion.

| | |
|---|---|
| Dated:  February 24,  2014 | By: <u>Mark A. Aronchick</u><br>HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER<br>Mark Aronchick<br>(PA. ID No. 20261)<br>maronchick@hangley.com<br>Matthew A. Hamermesh<br>(PA. ID No. 82313)<br>Mhamermesh@hangley.com<br>One Logan Square<br>27th Floor<br>Philadelphia, PA 19103<br>Telephone: (215) 568-6200<br>Facsimile:  (215) 568-0300 |

and

PERKINS COIE LLP
Marc E. Elias (*Pro Hac Vice* Special Admission Petition Pending)
D.C. Bar No. 442007
melias@perkinscoie.com
Elisabeth C. Frost (*Pro Hac Vice* Special Admission Petition Pending)
D.C. Bar No. 1007632
efrost@perkinscoie.com
700 Thirteenth St., N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211

*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GENERAL MAJORITY PAC, a Washington, D.C., not for profit corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>CAROL AICHELE, in her official capacity as Pennsylvania Secretary of State; KATHLEEN KANE, in her official capacity as Pennsylvania Attorney General; JONATHAN M. MARKS, in his official capacity as Commissioner of Pennsylvania's Bureau of Commissions, Elections and Legislation; IAN HARLOW, in his official capacity as Deputy Commissioner of Pennsylvania's Bureau of Commissions, Elections and Legislation; and TRISHA MALEHORN, in her official capacity as Chief of the Division of Campaign Finance and Lobbying Disclosure of Pennsylvania's Bureau of Commissions, Elections and Legislation,<br><br>*Defendants*. | Civil Action No. _____ |

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2014, I electronically filed the foregoing Motion for Preliminary Injunction and Brief in Support with the United States District Court for the Middle District of Pennsylvania by using the CM/ECF system and it was served upon all parties as follows:

**Via Federal Express (overnight):**

Carol Aichele
Commonwealth of Pennsylvania Department of State
Pennsylvania Secretary of the Commonwealth
Room 302 North Office Bldg.
401 North Street
Harrisburg, PA 17120-0500

Kathleen Kane, Esquire
Commonwealth of Pennsylvania
Attorney General
Strawberry Square
16th Floor
Harrisburg, PA 17120

Jonathan M. Marks, Commissioner
Pennsylvania Bureau of Commissions,
Elections and Legislation
210 N. Office Building
Harrisburg, PA 17120

Ian Harlow, Deputy Commissioner
Pennsylvania Bureau of Commissions,
Elections and Legislation
210 N. Office Building
Harrisburg, PA 17120

Trisha Malehorn
Chief of Division of Campaign Finance and Lobbying Disclosure
Pennsylvania Bureau of Commissions,
Elections and Legislation
210 N. Office Building
Harrisburg, PA 17120

**<u>Via Email:</u>**
James D. Schultz, Esquire
First Executive Deputy General Counsel
Governor's Office of General Counsel
333 Market Street, 17th Floor
Harrisburg, PA 17101
jamschultz@state.pa.us

Adrian R. King, Jr.
First Deputy Attorney General
Office of Attorney General
Commonwealth of Pennsylvania
Strawberry Square, 16th Floor
Harrisburg, PA 17120
aking@attorneygeneral.gov


Dated:      February 24, 2014

                                                By: <u>/s/ Mark A. Aronchick</u>
HANGLEY ARONCHICK SEGAL
PUDLIN & SCHILLER
Mark Aronchick
(PA. ID No. 20261)
maronchick@hangley.com
Matthew A. Hamermesh
(PA. ID No. 82313)
mhamermesh@hangley.com
One Logan Square
27th Floor
Philadelphia, PA 19103

and

PERKINS COIE LLP
Marc E. Elias (*Pro Hac Vice* Special Admission Petition Pending)
D.C. Bar No. 442007
melias@perkinscoie.com
Elisabeth C. Frost (*Pro Hac Vice* Special Admission Petition Pending)
D.C. Bar No. 1007632
efrost@perkinscoie.com
700 Thirteenth St., N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211

*Counsel for Plaintiff*