IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GENERAL MAJORITY PAC, : | |
|    Plaintiff : | |
| : | |
| v. : | CIVIL NO. 1:14-CV-332 |
| : | |
| CAROL AICHELE, *et al.*, : | |
|    Defendants : | |
| : | |

*O R D E R*

      This matter comes before the court on the Motion for Preliminary Injunction (Doc. 2) and supporting brief (Doc. 3) filed by Plaintiff General Majority PAC on February 24, 2014. We conducted a telephonic status conference with the parties on February 27, 2014, at which point Defendants indicated that they did not oppose the entry of the preliminary injunction as requested by Plaintiff. Upon consideration of the foregoing, and for the reasons set forth in Plaintiff's brief, we find that Plaintiff has demonstrated that: (1) it is likely to succeed on the merits of its claims; (2) it will suffer irreparable harm if injunctive relief is not granted; (3) Defendants will not suffer harm if relief is granted; and (4) the public interest favors the issuance of injunctive relief.

      Accordingly, this 10th day of March, 2014 it is ORDERED that:

      a) Plaintiff's Motion for Preliminary Injunction (Doc. 2) is GRANTED.

      b) Until such time as the court makes a final ruling on the merits, or until otherwise ordered by the court, Defendants, their respective agents, officers, employees, successors, and all persons acting in concert with each or any of them are hereby ENJOINED AND RESTRAINED from implementing, enforcing, or giving any effect to 25 Pa. Stat. Ann. § 3253(a)'s prohibition on political committees accepting or

receiving any contributions from corporations, unincorporated associations, or labor unions, or on corporations, unincorporated associations, or labors unions making such contributions, as well as any applicable rules and regulations regarding that provision, against political committees that do not make contributions to, or coordinated expenditures on behalf of, candidates or political party committees as defined by 25 Pa. Stat. Ann. § 3241(b).

   c) This order shall become effective immediately, and shall continue in effect until this court issues a final judgment in this action or otherwise lifts the preliminary injunction.

            /s/ William W. Caldwell
            William W. Caldwell
            United States District Judge